IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE TANGRADI | CIVIL ACTION |
| v. | |
| CITY/COUNTY OF PHILADELPHIA, CITY COMMISSIONER LISA M. DEELY, CITY COMMISSIONER AL SCHMIDT, CITY COMMISSIONER ANTHONY CLARK, CITY COMMISSION EMPLOYEE JANE DOE, DANAHER CORPORATION, TOTAL CONTROL, INC., and ABC CORPORATION | NO. 2:21-CV-02165-JHS |

## STIPULATION TO DISMISS DEFENDANT, TOTAL CONTROL, INC.

TO THE PROTHONOTARY:

It is hereby **STIPULATED** by and between the undersigned counsel that any and all claims against Defendant, Total Control, Inc., are DISMISSED WITHOUT PREJUDICE.

By: _____
Alan E. Denenberg, Esquire
1315 Walnut Street, Suite 500
Philadelphia, PA 19107
Attorney for Plaintiff

By: _____
Mitchell S. Berger
Ryan, Brown, Berger & Gibbons, P.C.
1600 Market Street, 14th Floor
Philadelphia, PA 19103-7240
Attorney for Defendant
Total Control, Inc.

BY THE COURT

_____
J.