IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE TANGRADI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY/COUNTY OF PHILADELPHIA, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 21-2165 |

## ORDER

**AND NOW**, this 17th day of March 2022, upon consideration of Defendants City/County of Philadelphia, Commissioner Lisa M. Deely, and Commissioner Al Schmidt's Second Motion to Dismiss (Doc. No. 12), Plaintiff's Response in Opposition (Doc. No. 16), the arguments of counsel for the parties at the hearing on the Motion held on February 10, 2022 (see Doc. No. 30), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** the Motion (Doc. No. 12) is **GRANTED**. City/County of Philadelphia, Commissioner Lisa M. Deely, and Commissioner Al Schmidt are dismissed as Defendants in this case.

                 BY THE COURT:


                 /s/ Joel H. Slomsky
                 JOEL H. SLOMSKY, J.