

Douglas M. Grimsley
Attorney at Law
Admitted in PA, VA

412-392-5649
Fax: 888-811-7144
dgrimsley@dmclaw.com

July 26, 2023

*Via Email Only to Chambers_of_Judge_Joel_H_Slomsky@pawd.uscourts.gov*

Honorable Joel H. Slomsky
United States District Court
For the Eastern district of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:    Janice Tangradi v. Fortive Corporation, *et al.*
              Case No.: 2:21-cv-02165-JHS
              Our File No.:  0061143.0420861

Dear Judge Slomsky:

      Previously the parties wrote requesting that the court postpone the Rule 16 conference to allow the parties time to attempt private mediation. The parties have worked diligently to select a mediator, schedule mediation and exchange some basic information regarding the product's identity and damage related documents. The first available date for mediation with the agreed-upon mediator is September 20, 2023. The parties have reserved that day for mediation and respectfully request an additional 45-60 days to complete mediation before the Rule 16 conference is scheduled.

      Counsel for the parties will make themselves available at your convenience to discuss any questions you have. Thank you for your consideration in this matter.

                              Very truly yours,

                              *Douglas M. Grimsley*
                              Douglas M. Grimsley

DMG:smn

      cc:    Alan Denenberg, Esquire *via email only to adenenberg@adlawfirm.com*

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 412-281-7272  FAX: 888-811-7144
TWO PPG PLACE, SUITE 400 | PITTSBURGH, PA 15222-5402 | WWW.DMCLAW.COM

CALIFORNIA | DELAWARE | MICHIGAN | NEW JERSEY
NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA